# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>v.<br><br>THE SAVANNAH COLLEGE OF<br>ART AND DESIGN, INC.<br>    Defendant. | Case No. _____ |

### AFFIDAVIT OF PLAINTIFF'S ATTORNEY, JOSEPH J. STEFFEN, JR.

Joseph "Joe" Steffen personally appeared before me, the undersigned attesting officer, duly authorized by law to administer oaths in the State of Georgia, who being duly sworn, deposes and states as follows:

1.

My name is Joe Steffen. I am a resident of Chatham County, Georgia. I have personal knowledge of the facts set forth in this Affidavit and know them to be true and correct. I am over the age of eighteen, am suffering no disabilities, and am competent to execute this Affidavit.

2.

On August 31, 2022, I was retained by Plaintiff Doe to be his advisor/attorney in the Title IX action that commenced against him August 23, 2022.

3.

I am still Doe's advisor/attorney.

4.

In the recently concluded SCAD disciplinary proceedings, (which involved numerous procedural and due process violations under Title IX) sanctions were imposed. Numerous portions of the proceedings, and the subsequent sanctions, are in violation of SCAD's own policies and without even the scantest opportunity to be heard as to the sanctions imposed including the right to offer mitigating circumstances.

1

5.

The imposed sanctions are scheduled to take effect immediately and will effectively remove John Doe from school for a period of a year, dismantle his athletic and academic scholarships, and taint him permanently with the allegations and punishment imposed all of which would cause him irreparable and permanent harm.

6.

Imposition of this Order will result in no harm to SCAD in that it simply restores the status quo ante which has existed for nearly a year while this matter has traveled through the tedious investigative process. Further, a no contact order has been in place this entire time and no violation of that Order has occurred or been alleged.

7.

I certify and attest that concurrent with the filling of the Emergency Motion for Temporary Restraining Order and Preliminary Injunction, I will perform the following:
1. Furnish a copy of all filed documents via electronic mail (email) to the Title IX Coordinator at SCAD with whom I've communicated with throughout this case. I have sufficient reason to believe that any documents sent to the coordinator via email would be timely received.
2. Send via certified mail a copy of all filed documents to SCAD's registered agent, as listed on the Ga. Secretary of State's website:
    Hannah Yi Flower
    1600 Peachtree St. NW
    Atlanta, GA 30309-2403
3. Send via certified mail a copy of all filed documents to SCAD's principal office address, as listed on the Ga. Secretary of State's website, to:
    PO BOX 3146
    Savannah, GA 31402

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of January, 2023 in Chatham County, Georgia.

_____
Joseph J. Steffen, Jr.
*Attorney for Plaintiff-Respondent*

My commission expires May 23, 2026

2