IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DOE,<br>　　Plaintiff,<br>v.<br><br>THE SAVANNAH COLLEGE OF<br>ART AND DESIGN, INC., LINDSEY<br>BEACHWOOD, in her<br>capacity as Deputy Title IX Coordinator,<br>DAVID BLAKE, in his<br>capacity as Hearing Officer and<br>Dean of Students, AND<br>BRAD GRANT, in his<br>capacity as Sanctioning Officer,<br>　　Defendants. | Case No. _____ |

## ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

1. It clearly appears from specific facts shown by affidavit, Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"), and Memorandum in Support of the Emergency Motion ("Memorandum") that immediate and irreparable injury, loss, or damage will result to John Doe before SCAD or its attorney can be heard in opposition to John Doe's Motion.

2. This Temporary Restraining Order is GRANTED and entered on this _____ day of January, 2023, issued at _____ a.m./p.m.

3. This Temporary Restraining Order is granted without a hearing because SCAD's sanctions against Plaintiff take effect on Jan. 6, 2023, and it is not possible to

1

conduct a hearing to determine preliminary injunctive relief prior to that time.

4. This Temporary Restraining Order shall expire at _____ a.m./p.m. on _____, unless within that time, it is extended by an Order for Good Cause Shown or unless Defendant consents that it may be extended for a longer period of time.

5. Until such time, The Savannah College of Art and Design is enjoined from denying the Plaintiff his contractual rights under the Sexual Misconduct Policy and Grievance Process, from suspending John Doe as a student at SCAD, otherwise imposing any sanction or restriction on Doe, implementing appeal procedures (or, conversely, stating that Plaintiff failed to comply with the appeals deadline), denying him class attendance and participation, and refusing his ability to continue practicing and participating on the SCAD track team, until such time as he has received (1) a full and complete copy of his investigative file along with all evidence, (2) an opportunity to submit an appeal with full and complete access to his investigative file, (3) a meaningful opportunity to be heard regarding sanctions, and/or (4) an individualized safety and risk analysis is properly conducted in accordance with the Plaintiffs contractual rights.

6. In this case, the "last actual, peaceable uncontested status which preceded the pending controversy" was before SCAD delivered its Hearing Officer Decisions and Sanctioning Officer Decisions. This Temporary Restraining Order, therefore,

preserves the status quo and is more fairly characterized as prohibitory.

7. Plaintiffs Motion for a Preliminary Injunction is set for hearing on

_____ at _____ a.m./p.m.

SO ORDERED, this the _____ day of _____, 2023.

_____
JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA