IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **JOHN DOE,**<br>    **Plaintiff,**<br>v.<br>**THE SAVANNAH COLLEGE OF ART AND DESIGN, INC., LINDSEY BEACHWOOD, in her capacity as Deputy Title IX Coordinator, DAVID BLAKE, in his capacity as Hearing Officer and Dean of Students, AND BRAD GRANT, in his capacity as Sanctioning Officer,**<br>    **Defendants.** | Case No. _____ |

## ORDER ON PLAINTIFF'S MOTION TO FILE EVIDENCE UNDER SEAL

It clearly appears from specific facts shown in these filings that good cause exists to file the following documents under seal:

- Declaration of John Doe;
- Hearing Officer Decisions; and
- Sanctioning Officer Decisions.

This Title IX civil action involves sexual assault/rape allegations that are in dispute. In light of the sensitive nature of the underlying matter, Plaintiff's Motion to File Evidence Under Seal is GRANTED.

SO ORDERED this the _____ day of _____, 2023.

_____
JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA