IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN DOE *Plaintiff*, | : : : : | CIVIL ACTION NO. 4:23-CV-00013-RSB-CLR |
| v. | : : | |
| THE SAVANNAH COLLEGE OF ART AND DESIGN, INC.; LINDSEY BEACHWOOD, *in her capacity as Deputy Title IX Coordinator*; DAVID BLAKE, *in his capacity as Hearing Officer and Dean of Students*, and BRAD GRANT, *in his capacity as Sanctioning Officer* *Defendants*. | : : : : : : : : : : | |

**DEFENDANTS' DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. S.D.Ga. 7.1.1, the undersigned certifies that she is counsel for the following parties in this action:

**The Savannah College of Art and Design, Inc., Defendant**

**Lindsey Beachwood, Defendant**

**David Blake, Defendant**

**Brad Grant, Defendant**

The undersigned further certifies that the following is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

**The Corporate Officers, elected by the Board of Trustees:**

**Paula Wallace, President**

**Glenn Wallace, Executive Vice President**

1

**J.J. Waller, Treasurer**

**Carmen Stowers, Secretary**

<u>**SCAD Trustees:**</u>

**J. Veronica Biggins, Board chair**

**Garry L. Brown**

**Lucy Cookson**

**John G. Kennedy III**

**Robert L. Nardelli**

**Sally Waranch Rajcic**

**Stuart Saunders**

**Anita Thomas**

**Alan B. Whitaker III**

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or other interest which could be substantially affected by, the outcome of this case, including a relationship as a parent or holding company or any publicly held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

**NONE**

Respectfully submitted this 26th day of January, 2023.

/s/ Catherine M. Banich
Catherine M. Banich
GA Bar No. 260514
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(770) 434-6868 Telephone
cbanich@taylorenglish.com

-and-

James A. Keller
   (*pro hac vice admission to be sought*)
Amy L. Piccola
   (*pro hac vice admission to be sought*)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT FOR**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
|                 *Plaintiff*, | : | 4:23-CV-00013-RSB-CLR |
| | : | |
| v. | : | |
| | : | |
| THE SAVANNAH COLLEGE OF ART AND DESIGN, INC.; LINDSEY BEACHWOOD, *in her capacity as Deputy Title IX Coordinator*; DAVID BLAKE, *in his capacity as Hearing Officer and Dean of Students*, and BRAD GRANT, *in his capacity as Sanctioning Officer* | : : : : : : | |
| | : | |
|                 *Defendants*. | : : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed a copy of the foregoing **DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will serve a copy by electronic mail to all counsel of record.

Respectfully submitted this 26th day of January, 2023.

/s/ Catherine M. Banich
Catherine M. Banich
Georgia Bar No. 260514
cbanich@taylorenglish.com

*Attorney for Defendants*