IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br>v.<br><br>THE SAVANNAH COLLEGE OF<br>ART AND DESIGN, INC., LINDSEY<br>BEACHWOOD, in her<br>capacity as Deputy Title IX Coordinator,<br>DAVID BLAKE, in his<br>capacity as Hearing Officer and<br>Dean of Students, AND<br>BRAD GRANT, in his<br>capacity as Sanctioning Officer,<br>    Defendants. | Case No. 4:23-CV-00013-RSB-CLR |

**MOTION FOR EMERGENCY HEARING (OR IN THE ALTERNATIVE, MOTION TO EXPEDITE DETERMINATION) ON PLAINTIFF'S EMERGENCY MOTION FOR TRO AND PRELIMINARY INJUNCTION**

    John Doe, by and through his undersigned counsel, hereby files this Motion for Emergency Hearing (or in the alternative, Motion to Expedite Determination) on his Emergency Motion for Temporary Restraining Order and Preliminary Injunction. In support of this Motion, Doe shows the following:

1. This case stems from an underlying Title IX action where Defendants found that Plaintiff had violated SCAD's Title IX policy and imposed sanctions against him.

2. These sanctions included suspension from SCAD.

1

3. The sanctions began immediately; however, they were stayed pending the outcome of an appeal.

4. Doe timely appealed the findings in accordance with SCAD's Grievance Process by submitting a copy of his Emergency Motion for Temporary Restraining Order and Preliminary Injunction on Jan. 6, 2023.

5. Doe filed this Emergency Motion for Temporary Restraining Order and Preliminary Injunction in this honorable Court on Jan. 12, 2023.

6. Concurrent to that filing, Doe also filed a Complaint and Motion to Proceed Under Pseudonym, Motion to Submit Evidence Under Seal, and all required affidavits and corresponding documents.

7. Defendants have been served and notified.

8. On Jan. 26, 2023, Defendants filed responses to Plaintiff's pleadings.

9. Defendants also filed a Motion to Compel Arbitration.

10. Defendant SCAD will issue their findings on Plaintiff's appeal by Tuesday, Jan. 31, 2023 at 5:30 p.m.

11. Precedent exists for this Court to enjoin a private college from enforcing sanctions pending the outcome of the underlying litigation,[1] because Plaintiff has shown a substantial likelihood of success on his Title IX claim under an erroneous outcome theory.[2]

12. Plaintiff successfully pleaded these items in his Jan. 12, 2023 filings.

13. Defendants' Arbitration , Title IX, and Grievance Process do not provide opportunity or means for injunctive relief.

14. Injunctive relief must be sought through this Court.

15. Imminent, irreparable harm will occur without a hearing or intervention by this Court before Jan. 31, 2023 at 5:30 p.m. (or earlier, should SCAD issue their findings sooner).

**WHEREFORE**, Plaintiff pleads that this Court offer one or more of the following as injunctive relief:

1. Hold an emergency hearing on this matter before Jan. 31, 2023 at 5:30 p.m. when sanctions could go into effect;

2. Issue a temporary restraining order prohibiting immediate implementation of sanctions against Plaintiff pending a full hearing on the matter;

3. Any and all other relief that this Court deems appropriate in this case.

---

[1] *John Doe v. Rhodes College*, No. 2:19-cv-02336.
[2] *Doe v. Miami University*, 247 F. Supp. 3d (S.D. Ohio 2017).

Respectfully submitted this 30th day of January, 2023.

>/s/ Joseph J. Steffen, Jr.
> Attorney for Plaintiff
> 223 W. York St.
> Savannah, GA 31401
> (912) 604-4147
> joe@joesteffen.com

# **CERTIFICATE OF SERVICE**

     I, Joseph J. Steffen, Jr., the undersigned counsel for Plaintiff, do hereby certify that I have served the following counsel of record with the copy of this Notice of Appeal upon the following via the Court's electronic filing system.

Respectfully submitted this <u>30th</u> day of <u>January</u>, 2023.

                                          */s/ Joseph J. Steffen, Jr.*
                                          Attorney for Plaintiff
                                          223 W. York St.
                                          Savannah, GA 31401
                                          (912) 604-4147
                                          joe@joesteffen.com