IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br>v.<br><br>THE SAVANNAH COLLEGE OF<br>ART AND DESIGN, INC., LINDSEY<br>BEACHWOOD, in her<br>capacity as Deputy Title IX Coordinator,<br>DAVID BLAKE, in his<br>capacity as Hearing Officer and<br>Dean of Students, AND<br>BRAD GRANT, in his<br>capacity as Sanctioning Officer,<br>    Defendants. | Case No. 4:23-cv-00013-RSB-CLR |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME JOHN DOE, Plaintiff herein, and SAVANNAH COLLEGE OF ART & DESIGN, et al, Defendants herein, by and through their undersigned counsel, and hereby stipulate to the dismissal **with** prejudice of all claims brought by Plaintiff against all Defendants. The parties agree to bear their own costs, expenses and attorneys' fees.

Respectfully submitted this 13th day of February, 2023.

                                              */s/ Joseph J. Steffen, Jr.*
                                              Attorney for Plaintiff
                                              223 W. York St.
                                              Savannah, GA 31401
                                              (912) 604-4147
                                              joe@joesteffen.com

consented to by:
/s/ Catherine M. Banich
Catherine M. Banich
GA Bar No. 260514

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(770) 434-6868 Telephone
cbanich@taylorenglish.com

-and-

James A. Keller
Amy L. Piccola
(*pro hac vice admissions*)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed a copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will serve a copy by electronic mail to all counsel of record.

Respectfully submitted this 13th day of February, 2023.

/s/ Joseph J. Steffen, Jr.
Attorney for Plaintiff
223 W. York St.
Savannah, GA 31401
(912) 604-4147
joe@joesteffen.com