IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>   v.<br><br>THE SAVANNAH COLLEGE OF ART AND DESIGN, INC.; LINDSEY BEACHWOOD, in her capacity as Deputy Title IX Coordinator; DAVID BLAKE, in his capacity as Hearing Officer and Dean of Students; and BRAD GRANT, in his capacity as Sanctioning Officer,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-13 |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal With Prejudice," signed and filed by counsel for Plaintiff and counsel for all Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action. (Doc. 31.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 22nd day of February, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA